**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FB Debt Financing Guarantor, LLC,<br><br>                    Debtor.<br>Tax I.D. No. 84-2761271 | Chapter 11<br><br>Case No. 23-10025 ([___]) |
| In re:<br><br>Forma Brands, LLC,<br><br>                    Debtor.<br>Tax I.D. No. 85-2892520 | Chapter 11<br><br>Case No. 23-10026 ([___]) |
| In re:<br><br>Morphe, LLC,<br><br>                    Debtor.<br>Tax I.D. No. 81-4828460 | Chapter 11<br><br>Case No. 23-10027 ([___]) |
| In re:<br><br>Forma Beauty Brands, LLC,<br><br>                    Debtor.<br>Tax I.D. No. 83-3745496 | Chapter 11<br><br>Case No. 23-10028 ([___]) |
| In re:<br><br>Seemo, LLC,<br><br>                    Debtor.<br>Tax I.D. No. 32-0515721 | Chapter 11<br><br>Case No. 23-10029 ([___]) |

| | |
|---|---|
| In re:<br><br>Jaclyn Cosmetics Holdings, LLC,<br><br>                     Debtor.<br><br>Tax I.D. No. 83-3766217 | Chapter 11<br><br>Case No. 23-10030 ([___]) |
| In re:<br><br>Such Good Everything, LLC,<br><br>                     Debtor.<br><br>Tax I.D. No. 85-0849530 | Chapter 11<br><br>Case No. 23-23-10031 ([___]) |
| In re:<br><br>Playa Products, Inc.,<br><br>                     Debtor.<br><br>Tax I.D. No. 81-3363602 | Chapter 11<br><br>Case No. 23-10032 ([___]) |
| In re:<br><br>Jaclyn Cosmetics LLC,<br><br>                     Debtor.<br><br>Tax I.D. No. 83-3732690 | Chapter 11<br><br>Case No. 23-10033 ([___]) |

**DEBTORS' MOTION FOR
ENTRY OF ORDER (I) DIRECTING JOINT ADMINISTRATION
OF RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

FB Debt Financing Guarantor, LLC and its affiliated debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") in the above-captioned chapter 11 cases, by and through their undersigned proposed counsel, hereby submit this motion (this "Motion") for entry of an order granting the relief described below. In support hereof, the Debtors rely on the *Declaration of Stephen Marotta, Chief Restructuring Officer of the Debtors, in Support of the*

*Debtors' Chapter 11 Petitions and First Day Motions* (the "<u>First Day Declaration</u>")[1] filed concurrently herewith, and further represent as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012.  Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure for the District of Delaware (the "<u>Local Rules</u>"), the Debtors confirm their consent to the entry of a final order by this Court in connection with this Motion to the extent that it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue of these chapter 11 cases and this Motion is proper in this district under 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 105(a) of title 11 of the United States Code, as amended (the "<u>Bankruptcy Code</u>"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedures (the "<u>Bankruptcy Rules</u>"), and Local Rule 1015-1.

## RELIEF REQUESTED

4. The Debtors respectfully request entry of an order directing the joint administration of these chapter 11 cases for procedural purposes only and granting related relief.

5. In furtherance of the foregoing, the Debtors request that the official caption to be used by all parties in all papers in the jointly administered cases be as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FB Debt Financing Guarantor, LLC, *et al.*,[1] | Case No. 23-10025 ([___]) |
| Debtors. | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: FB Debt Financing Guarantor, LLC (1271); Forma Brands, LLC (2520); Morphe, LLC (8460); Forma Beauty Brands, LLC (5496); Seemo, LLC (5721); Jaclyn Cosmetics Holdings, LLC (6217); Such Good Everything, LLC (9530); Playa Products, Inc. (3602); and Jaclyn Cosmetics LLC (2690). The Debtors' service address is 10303 Norris Ave, Pacoima, CA 91331.

6. The Debtors further request that this Court order that the foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

7. The Debtors also request that the Court make a separate docket entry on the docket of each of the Debtors, other than FB Debt Financing Guarantor, LLC, to reflect joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: FB Debt Financing Guarantor, LLC, Case No. 23-10025 ([___]); Forma Brands, LLC, Case No. 23-10026 ([___]); Morphe, LLC, Case No. 23-10027 ([___]); Forma Beauty Brands, LLC, Case No. 23-10028 ([___]); Seemo, LLC, Case No. 23-10029 ([___]); Jaclyn Cosmetics Holdings, LLC, Case No. 23-10030 ([___]); Such Good Everything, LLC, Case No. 23-10031 ([___]); Playa Products, Inc., Case No. 23-10032 ([___]) and Jaclyn Cosmetics LLC, Case No. 23-10033 ([___]). **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 23-10025 ([__]).**

**BACKGROUND**

8.     On the date hereof (the "Petition Date"), each Debtor filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no official committee of unsecured creditors has been appointed in these chapter 11 cases.

9.     The Debtors, together with their non-Debtor subsidiaries (the "Company"), are a builder of beauty brands anchored in innovative and high-quality products, marketing and operations. The Company's multi-branded and multi-category portfolio includes Morphe®, Morphe 2®, Jaclyn Cosmetics®, and Born Dreamer®. Each brand showcases differentiated products and a unique story, addressing different segments of the beauty market, while embracing many forms of beauty. The Company collaborates with influencers and celebrities to market and sell cosmetic products through specialty retailers, online platforms, and mass merchandisers. The Company's products are sold through top beauty retailers worldwide, including Ulta Beauty, Sephora, Mecca, Douglas, Selfridges, and Target. The Company also operates retail stores in Canada, Europe and Australia, where it sells Morphe and other Company-portfolio products and third-party products.

10.     Concurrently with the filing of this Motion, the Debtors have filed the Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, and (D) Grant Adequate Protection; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing, and (IV) Granting Related Relief seeking approval of

postpetition financing, the proceeds of which the Debtors will utilize to continue to operate as debtors in possession.

11. Additional factual background regarding the Debtors, including their business operations, their corporate and capital structure, and the events leading to the filing of these chapter 11 cases, is set forth in detail in the First Day Declaration, filed concurrently herewith and incorporated herein by reference.

## BASIS FOR RELIEF

12. Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015. The Debtor entities are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code. Section 105(a) of the Bankruptcy Code empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a). Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein.

13. Further, Local Rule 1015-1 provides additional authority for the Court to order joint administration of these chapter 11 cases:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties. An order of joint administration entered in accordance with this Local Rule may be reconsidered upon motion of any party in interest at any time. An order of joint administration under this Local Rule is for procedural purposes only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Local Rule 1015-1.

14.     Given the integrated nature of the Debtors' operations, joint administration of these chapter 11 cases will provide significant administrative convenience without harming the substantive rights of any party in interest.  Many of the motions, hearings, and orders in these chapter 11 cases will affect each Debtor entity.  The entry of an order directing joint administration of these chapter 11 cases will reduce fees and costs by avoiding duplicative filings and objections. Joint administration also will allow the United States Trustee for the District of Delaware (the "U.S. Trustee") and all parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

15.     Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion seeks only administrative, not substantive, consolidation of the Debtors' estates.  Parties in interest will not be harmed by the relief requested; instead, parties in interest will benefit from the cost reductions associated with the joint administration of these chapter 11 cases.  Accordingly, the Debtors submit that the joint administration of these chapter 11 cases is in the best interests of their estates, their creditors, and all other parties in interest.

## NOTICE

16.     The Debtors will provide notice of this Motion to: (a) the United States Trustee for the District of Delaware, 844 N. King Street, Room 2207, Wilmington, Delaware, Attn: Linda Richenderfer (Linda.Richenderfer@usdoj.gov); (b) the United States Attorney's Office for the District of Delaware; (c) the state attorneys general for all states in which the Debtors conduct business; (d) the Internal Revenue Service; (e) the United States Securities and Exchange Commission;  (f) the holders of the fifty (50) largest unsecured claims against the Debtors on a consolidated basis; (g) counsel to DIP Agent and Jefferies, (i) Jones Day, 250 Vesey Street, New

York, NY 10281 (Attn: Heather Lennox and Genna Ghaul, email: hlennox@jonesday.com; and gghaul@jonesday.com); and (ii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Zachary I. Shapiro, email: Shapiro@rlf.com); (h) counsel to Cerberus, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022 (Attn: Adam Harris, Doug Mintz, and Kelly Knight, email: adam.harris@srz.com; douglas.mintz@srz.com; and kelly.knight@srz.com); counsel to FB Intermediate, (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Jeffrey Saferstein and David J. Cohen, email: Jeffrey.Saferstein@weil.com and DavidJ.Cohen@weil.com); and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware, 19801, (Attn: Pauline Morgan and Andrew Magaziner, email: pmorgan@ycst.com; amagaziner@ycst.com; (j) banks and financial institutions where the Debtors maintain accounts; and (k) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors respectfully submit that, in light of the nature of the relief requested, no further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that this Court enter the Order substantially in the form annexed hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as may be just and proper.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 12, 2023
      Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Gregory J. Flasser*
Gregory J. Flasser (No. 6154)
Erin R. Fay (No. 5268)
Maria Kotsiras (No. 6840)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:  efay@bayardlaw.com
         gflasser@bayardlaw.com
         mkotsiras@bayardlaw.com

- and -

**ROPES & GRAY LLP**
Gregg M. Galardi (No. 2991)
Cristine Pirro Schwarzman (*pro hac vice* admission pending)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail:   gregg.galardi@ropesgray.com
         cristine.schwarzman@ropesgray.com

-and

**ROPES & GRAY LLP**
Ryan Preston Dahl (*pro hac vice* admission pending)
191 N. Wacker Drive, 32nd Floor
Chicago, Illinois  60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
E-mail:   ryan.dahl@ropesgray.com

*Proposed Counsel to the Debtors and Debtors in Possession*

# EXHIBIT A

## Order

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FB Debt Financing Guarantor, LLC,<br><br>                        Debtor.<br>Tax I.D. No. 84-2761271 | Chapter 11<br><br>Case No. 23-10025 ([___]) |
| In re:<br><br>Forma Brands, LLC,<br><br>                        Debtor.<br>Tax I.D. No. 85-2892520 | Chapter 11<br><br>Case No. 23-10026 ([___]) |
| In re:<br><br>Morphe, LLC,<br><br>                        Debtor.<br>Tax I.D. No. 81-4828460 | Chapter 11<br><br>Case No. 23-10027 ([___]) |
| In re:<br><br>Forma Beauty Brands, LLC,<br><br>                        Debtor.<br>Tax I.D. No. 83-3745496 | Chapter 11<br><br>Case No. 23-10028 ([___]) |
| In re:<br><br>Seemo, LLC,<br><br>                        Debtor.<br>Tax I.D. No. 32-0515721 | Chapter 11<br><br>Case No. 23-10029 ([___]) |

| | |
|---|---|
| In re:<br><br>Jaclyn Cosmetics Holdings, LLC,<br><br>　　　　　　　　Debtor.<br>Tax I.D. No. 83-3766217 | Chapter 11<br><br>Case No. 23-10030 ([___]) |
| In re:<br><br>Such Good Everything, LLC,<br><br>　　　　　　　　Debtor.<br>Tax I.D. No. 85-0849530 | Chapter 11<br><br>Case No. 23-10031 ([___]) |
| In re:<br><br>Playa Products, Inc.,<br><br>　　　　　　　　Debtor.<br>Tax I.D. No. 81-3363602 | Chapter 11<br><br>Case No. 23-10032 ([___]) |
| In re:<br><br>Jaclyn Cosmetics LLC,<br><br>　　　　　　　　Debtor.<br>Tax I.D. No. 83-3732690 | Chapter 11<br><br>Case No. 23-10033 ([___]) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order") directing joint administration of these cases for procedural purposes only and granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

*Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of these cases and this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is granted as set forth herein.

    2.    Each of the above-captioned chapter 11 cases is consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 23-10025 ([___]).

    3.    The caption of the jointly administered cases shall read as follows:

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| FB Debt Financing Guarantor, LLC, *et al.*,[1] | Case No. 23-10025 ([___]) |
| Debtors. | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: FB Debt Financing Guarantor, LLC (1271); Forma Brands, LLC (2520); Morphe, LLC (8460); Forma Beauty Brands, LLC (5496); Seemo, LLC (5721); Jaclyn Cosmetics Holdings, LLC (6217); Such Good Everything, LLC (9530); Playa Products, Inc. (3602); and Jaclyn Cosmetics LLC (2690). The Debtors' service address is 10303 Norris Ave, Pacoima, CA 91331.

---

    4.    The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

5.      The Clerk of the Court shall make a docket entry in each Debtor's Chapter 11 Case (except that of FB Debt Financing Guarantor, LLC) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: FB Debt Financing Guarantor, LLC, Case No. 23-10025 ([___]); Forma Brands, LLC, Case No. 23-10026 ([___]); Morphe, LLC, Case No. 23-10027 ([___]); Forma Beauty Brands, LLC, Case No. 23-10028 ([___]); Seemo, LLC, Case No. 23-10029 ([___]); Jaclyn Cosmetics Holdings, LLC, Case No. 23-10030 ([___]); Such Good Everything, LLC, Case No. 23-10031 ([___]); Playa Products, Inc., Case No. 23-10032 ([___]) and Jaclyn Cosmetics LLC, Case No. 23-10033 ([___]). **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 23-10025 ([__])**.

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.      Nothing in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8.      The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.