**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FB Debt Financing Guarantor, LLC,<br>        Debtor.<br>Tax I.D. No. 84-2761271 | Chapter 11<br><br>Case No. 23-10025 (KBO) |
| In re:<br><br>Forma Brands, LLC,<br>        Debtor.<br>Tax I.D. No. 85-2892520 | Chapter 11<br><br>Case No. 23-10026 (KBO) |
| In re:<br><br>Morphe, LLC,<br>        Debtor.<br>Tax I.D. No. 81-4828460 | Chapter 11<br><br>Case No. 23-10027 (KBO) |
| In re:<br><br>Forma Beauty Brands, LLC,<br>        Debtor.<br>Tax I.D. No. 83-3745496 | Chapter 11<br><br>Case No. 23-10028 (KBO) |
| In re:<br><br>Seemo, LLC,<br>        Debtor.<br>Tax I.D. No. 32-0515721 | Chapter 11<br><br>Case No. 23-10029 (KBO) |

| | |
|---|---|
| In re: <br><br> Jaclyn Cosmetics Holdings, LLC, <br><br>                    Debtor. <br> Tax I.D. No. 83-3766217 | Chapter 11 <br><br> Case No. 23-10030 (KBO) |
| In re: <br><br> Such Good Everything, LLC, <br><br>                    Debtor. <br> Tax I.D. No. 85-0849530 | Chapter 11 <br><br> Case No. 23-10031 (KBO) |
| In re: <br><br> Playa Products, Inc., <br><br>                    Debtor. <br> Tax I.D. No. 81-3363602 | Chapter 11 <br><br> Case No. 23-10032 (KBO) |
| In re: <br><br> Jaclyn Cosmetics LLC, <br><br>                    Debtor. <br> Tax I.D. No. 83-3732690 | Chapter 11 <br><br> Case No. 23-10033 (KBO) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order") directing joint administration of these cases for procedural purposes only and granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of these cases and this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Each of the above-captioned chapter 11 cases is consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 23-10025 (KBO).

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| FB Debt Financing Guarantor, LLC, *et al.*,[1] | Case No. 23-10025 (KBO) |
| Debtors. | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: FB Debt Financing Guarantor, LLC (1271); Forma Brands, LLC (2520); Morphe, LLC (8460); Forma Beauty Brands, LLC (5496); Seemo, LLC (5721); Jaclyn Cosmetics Holdings, LLC (6217); Such Good Everything, LLC (9530); Playa Products, Inc. (3602); and Jaclyn Cosmetics LLC (2690). The Debtors' service address is 10303 Norris Ave, Pacoima, CA 91331.

4. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

5. The Clerk of the Court shall make a docket entry in each Debtor's Chapter 11 Case (except that of FB Debt Financing Guarantor, LLC) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: FB Debt Financing Guarantor, LLC, Case No. 23-10025 (KBO); Forma Brands, LLC, Case No. 23-10026 (KBO); Morphe, LLC, Case No. 23-10027 (KBO); Forma Beauty Brands, LLC, Case No. 23-10028 (KBO); Seemo, LLC, Case No. 23-10029 (KBO); Jaclyn Cosmetics Holdings, LLC, Case No. 23-10030 (KBO); Such Good Everything, LLC, Case No. 23-10031 (KBO); Playa Products, Inc., Case No. 23-10032 (KBO) and Jaclyn Cosmetics LLC, Case No. 23-10033 (KBO). **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 23-10025 (KBO)**.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 12th, 2023
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**